No. 91–1992. FIGURES ET AL. *v.* HUNT, GOVERNOR OF ALABAMA, ET AL. Affirmed on appeal from D. C. S. D. Ala. ■

No. 92–805. DEWITT ET AL. *v.* FOLEY, SPEAKER OF THE HOUSE OF REPRESENTATIVES, ET AL. Affirmed on appeal from D. C. N. D. Cal.

No. 92–282. PEARSON ET AL. *v.* PLANNED PARENTHOOD MARGARET SANGER CLINIC (MANHATTAN) ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bray* v. *Alexandria Women's Health Clinic,* 506 U. S. 263 (1993).

No. 92–6180. LACEY *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crosby* v. *United States,* 506 U. S. 255 (1993).

No. — – —. NORTH JERSEY SECRETARIAL SCHOOL, INC. *v.* DEPARTMENT OF EDUCATION ET AL.;
No. — – —. FAIRLEY *v.* C & P TELEPHONE CO.;
No. — – —. EVAN ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.; and
No. — – —. GUICE-MILLS *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.